ERIC A. SEITZ
ATTORNEY AT LAW
A LAW CORPORATION

| | |
|---|---|
| ERIC A. SEITZ | 1412 |
| DELLA A. BELATTI | 7945 |
| GINA SZETO-WONG | 10515 |
| JONATHAN M.F. LOO | 10874 |
| KEVIN YOLKEN | 10987 |

820 Mililani Street, Suite 502
Honolulu, HI  96813
Telephone: (808) 533-7434
Facsimile: (808) 545-3608
E-mail(s):   eseitzatty@yahoo.com
             daubelatti@yahoo.com
             szetogina@gmail.com
             jloo33138@yahoo.com
             kevinyolken@gmail.com

Attorneys for Plaintiff
DEBRALYNN THOMAS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| DEBRALYNN THOMAS, Individually and in her capacity as personal representative of the ESTATE OF KYLE THOMAS,<br><br>  Plaintiff,<br><br>  vs.<br><br>CITY AND COUNTY OF HONOLULU; RONALD V. DUMLAO; CHANCE C. CORREA, JOSE J. VILLANUEVA; SUSAN | CIVIL No. <u>21-00087 JAO-KJM</u><br>(Other Civil Action)<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL; CERTIFICATE OF SERVICE** |

BALLARD; and JOHN and/or
JANE DOES 1-10,

        Defendants.

## NOTICE OF WITHDRAWAL OF COUNSEL

Please take notice that attorney Gina Szeto-Wong, HSBA No. 10515, withdraws as counsel for Plaintiff. The Law Office of Eric A. Seitz and its attorneys remain as counsel of record.

DATED: Honolulu, Hawaii, September 15, 2021.

                                      /s/ Gina Szeto-Wong
                                      GINA SZETO-WONG

                                      Withdrawing Attorney for Plaintiff

<u>CERTIFICATE OF SERVICE</u>

I DO HEREBY CERTIFY that one copy of the within was duly served electronically on the date indicated below via CM/ECF to the following:

>KYLE K. CHANG, ESQ.
>Deputy Corporation Counsel
>City and County of Honolulu
>530 South King Street, Room 110
>Honolulu, HI  96813
>E-mail: kyle.chang@honolulu.gov
>
>Attorney for Defendants
>CITY AND COUNTY OF HONOLULU
>RONALD V. DUMLAO
>CHANCE C. CORREA
>JOSE J. VILLANUEVA
>SUSAN BALLARD

DATED:  Honolulu, Hawaiʻi, <u>September 15, 2021</u>.

>/s/ Gina Szeto-Wong
>GINA SZETO-WONG
>
>Withdrawing Attorney for Plaintiff